SAGATU TEVASEU, Appellant

v.

VAIOLI PAULO, Appellee.

High Court of American Samoa
Appellate Division

AP. NO. 01-86

October 31, 1986

Before REES, Chief Justice, GARDNER*, Acting
Associate Justice, KENNEDY**, Acting Associate
Justice, AFUOLA, Associate Judge, and A'AU,
Associate Judge.

Counsel: For the Appellant, Asaua Fuimaono
         For the Appellee, Malaetasi Togafau

Per GARDNER, J.:

    Appellee Vaioli sought to register 6 acres as
communal land of the Vaioli family. Appellant
Sagatu objected. He is a lesser matai of the
Seigafolava family. He testified the land was the
communal land of the Seigafolava family.

    Seigafolava Pele is the senior matai or Sa'o
of the Seigafolava family. He testified that this
land does not belong to the Seigafolava family but
to the Vaioli family. Therefore, he had no
objection to this registration. The court held
that Sagatu has no standing to object to this
registration since the sa'o of the family had no
objection.

    That holding was error.

    Under a section of the American Samoa Code
Annotated labeled § 41.1309 but found in Title 43
(should be A.S.C.A. § 43.1309) only the sa'o is
authorized to bring an injunction action. This is
not such an action. This is a land registration

97

proceeding. Under A.S.C.A. § 37.0103 anyone claiming an interest adverse to that of the applicant may file an adverse claim. Under that section this appellant had standing.

Thus the matter is remanded to the trial court for a decision on the merits.

---

* Honorable Robert Gardner, Chief Justice Emeritus, High Court of American Samoa, serving by designation of the Secretary of the Interior.

** Honorable Anthony M. Kennedy, Judge, United States Court of Appeals for the Ninth Circuit, serving by designation of the Secretary of the Interior.